## KENT *v.* KENT.

Evans, P. J. The petition for temporary and permanent alimony was good as against a general demurrer (*Sikes* v. *Sikes*, this day decided), and the court did not abuse his discretion in awarding temporary alimony and counsel fees to the applicant.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
APRIL 14, 1915.

Temporary alimony. Before Judge Hammond. Jenkins superior court. October 3, 1914.

*White & Lovett* and *A. S. Anderson*, for plaintiff in error.
*R. P. Jones*, contra.